2011R00641/swc

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Patty Shwartz |
| v. | : | Mag. No. 12-3121 |
| SOMDUTH SOBORUN | : | 29 U.S.C. § 215(a)(2) |

INFORMATION

The United States Attorney for the District of New Jersey charges:

From on or about December 24, 2008 through on or about August 4, 2009, in Bergen County, in the District of New Jersey, and elsewhere, defendant

SOMDUTH SOBORUN

did knowingly and willfully fail to pay an employee, C.V., who in any workweek was employed in domestic service in one household and was so employed for more than eight hours in the aggregate, wages for such employment at a rate not less than the minimum wage rate, contrary to Title 29, United States Code, Section 206(f).

In violation of Title 29, United States Code, Section 215(a)(2).

*Paul J. Fishman/rah*

PAUL J. FISHMAN
UNITED STATES ATTORNEY

CASE NUMBER: 12-3121 (PS)

United States District Court
District of New Jersey

UNITED STATES OF AMERICA

v.

SOMDUTH SOBORUN

INFORMATION
CHARGING VIOLATION OF

29 U.S.C. § 215(a)(2)

PAUL J. FISHMAN
UNITED STATES ATTORNEY
NEWARK, NEW JERSEY

SHANA W. CHEN
ASSISTANT U.S. ATTORNEY
973-353-6095

USA-48AD 8
(Ed. 1/97)