# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

## MAGISTRATE'S COURTROOM MINUTES

UNITED STATES OF AMERICA

v.

SOMDUTH SOBORUN

MAGISTRATE JUDGE: __Patty Shwartz, U.S.M.J.__

MAGISTRATE NO.: __2:12-MJ-3121__

DATE OF PROCEEDINGS: __9/7/2012__

DATE OF ARREST: _____

PROCEEDINGS: __Initial Appearance/Plea Hearing__

( ) COMPLAINT
(X) ADVISED OF RIGHTS
( ) WAIVER OF COUNSEL
( ) APPT. OF COUNSEL:  __ AFPD  __ CJA
( ) WAIVER OF HRG.:  __ PRELIM  __ REMOVAL
( ) CONSENT TO MAGISTRATE'S JURISDICTION
(X) PLEA ENTERED:  X GUILTY  __ NOT GUILTY
(X) PLEA AGREEMENT
(X) RULE 11 FORM
( ) FINANCIAL AFFIDAVIT EXECUTED
( ) OTHER _____

( ) TEMPORARY COMMITMENT
( ) CONSENT TO DETENTION WITH RIGHT TO MAKE A
    BAIL APPLICATION AT A LATER TIME
( ) BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
(X) BAIL SET: __$10,000__
    (X) UNSECURED BOND
    ( ) SURETY BOND SECURED BY CASH / PROPERTY
( ) TRAVEL RESTRICTED _____
(X) REPORT TO PRETRIAL SERVICES
( ) DRUG TESTING AND/OR TREATMENT
( ) MENTAL HEALTH TESTING AND/OR TREATMENT
( ) SURRENDER &/OR OBTAIN NO PASSPORT
( ) SEE ORDER SETTING CONDITIONS OF RELEASE FOR
    ADDITIONAL CONDITIONS

HEARING(S) SET FOR:

( ) PRELIMINARY / REMOVAL HRG.
( ) DETENTION / BAIL HRG.
( ) TRIAL:  __ COURT  __ JURY
(X) SENTENCING
( ) OTHER: _____

DATE: _____
DATE: _____
DATE: _____
DATE: __October 30, 2012 at 11:00 am__
DATE: _____

APPEARANCES:

AUSA __SHANA CHEN, AUSA__

DEFT. COUNSEL __NICHOLAS R. DORIA, RETAINED__

PROBATION _____

INTERPRETER _____
            Language: ( _____ )

Time Commenced: __3:07 pm__
Time Terminated: __3:32 pm__
CD No: __ECR__

__Kimberly Darling__
DEPUTY CLERK