UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | NO. _____2:12-MJ-3121_____ |
| V. | : | |
| | : | NOTICE OF ATTORNEY APPEARANCE |
| SOMDUTH SOBORUN | : | |

SIR:

      YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR _____SOMDUTH SOBORUN_____, THE DEFENDANT IN THE ABOVE-ENTITLED MATTER.

DATE: _____9/7/2012_____

SIGNATURE: *Nicholas R. Doria*

NAME: _____NICHOLAS R. DORIA, Esq._____
(Please Print)

FIRM NAME: NICHOLAS R DORIA P.C.

ADDRESS: 25 MAIN STREET
HACkENSACK, NJ, 07601

TELEPHONE NUMBER: 201 342-6770